JAMES J. PISANELLI
Nevada Bar No. 4027
TODD L. BICE
Nevada Bar No. 4534
DEBRA L. SPINELLI
Nevada Bar No. 9695
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702/214-2100
Facsimile:  702/214-2101

BRAD D. BRIAN
(*pro hac vice* forthcoming)
MICHAEL R. DOYEN
(*pro hac vice* forthcoming)
DANIEL B. LEVIN
(*pro hac vice* forthcoming)
BETHANY W. KRISTOVICH
(*pro hac vice* forthcoming)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants MANDALAY BAY, LLC,
MANDALAY CORP., MANDALAY RESORT
GROUP, MGM RESORTS FESTIVAL GROUNDS,
LLC, MGM RESORTS VENUE MANAGEMENT,
LLC, AND MGM RESORTS INTERNATIONAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RACHEL SHEPPARD an Individual, LOTUS HERRERA an Individual and as Special Administrator of the Estate of BRIAN FRASER, decedent; STEPHANIE FRASER as the Guardian Ad Litem for AUBREE FRASER, a minor; STEPHANIE FRASER as the Guardian Ad Litem for BRAYDEN FRASER; JOVANNA CALZADADILLAS an Individual; FRANCISCO CALZADILLAS an Individual; NICHOLAS ROBONE an Individual; ANTHONY ROBONE an Individual,<br><br>    Plaintiffs,<br><br>  vs. | Case No. 2:18-cv-01120-RFB-VCF<br><br>**NOTICE OF FILING NOTICE OF REMOVAL OF ACTION WITH STATE COURT BY DEFENDANTS** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | MANDALAY BAY, LLC, f/k/a MANDALAY CORP., a Nevada Domestic Limited-Liability Company;  MANDALAY RESORT GROUP, a Nevada Corporation; MGM RESORTS FESTIVAL GROUNDS, LLC, a Nevada Domestic Limited-Liability Company; MGM RESORTS VENUE MANAGEMENT, LLC, a Nevada Domestic Limited-Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; DOES/ROES 1 through 100,<br><br>                              Defendants. |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Defendants filed notice on June 22, 2018 in the Eighth Judicial District Court of Clark County, Nevada that Defendants have removed this action from the Eighth Judicial District Court to the United States District Court for the District of Nevada.  A true and correct copy of the notice and proof of service is attached hereto as Exhibit 1.

DATED:  June 25, 2018

                                              PISANELLI BICE PLLC

                                        By       /s/ James J. Pisanelli
                                              JAMES J. PISANELLI, Bar No. 4027
                                              TODD L. BICE, Bar No. 4534
                                              DEBRA L. SPINELLI, Bar No. 9695
                                              400 South 7th Street, Suite 300
                                              Las Vegas, NV 89101

                                              Attorneys for Defendants MANDALAY BAY, LLC, MANDALAY CORP., MANDALAY RESORT GROUP, MGM RESORTS FESTIVAL GROUNDS, LLC, MGM RESORTS VENUE MANAGEMENT, LLC, AND MGM RESORTS INTERNATIONAL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on this 25th day of June, 2018, I caused to be e-filed/e-served through the Court's website true and correct copies of the above and foregoing **NOTICE OF FILING NOTICE OF REMOVAL OF ACTION IN STATE COURT BY DEFENDANTS** properly addressed to the following:

Mark P. Robinson, Jr.
Daniel S. Robinson
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA  92660

Robert T. Eglet
Robert M. Adams
Richard K. Hy
EGLET PRINCE
400 South Seventh Street, Suite 400
Las Vegas, NV  89101

Kevin R. Boyle
Rahul Ravipudi
Gregorio V. Silva
Ellin Mardirosian
PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Las Vegas, NV  89148

Patrick McGroder III
GALLAGHER & KENNEDY
2575 East Camelback Road
Phoenix, AZ  85016

James Lee
LEE MURPHY LAW FIRM
440 Louisiana Street, #300
Houston, TX  77002

           /s/ Kimberly Peets
An employee of Pisanelli Bice PLLC