Mark P. Robinson, Jr.
California Bar No. 54426
(*Nevada pro hac pending*)
Daniel S. Robinson
California Bar No. 244245
(*Nevada pro hac pending*)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax (949) 720-1292
mrobinson@robinsonfirm.com

Richard K. Hy
Nevada Bar No. 12406
Robert T. Eglet
Nevada Bar No. 3402
Robert M. Adams
Nevada Bar No. 6551
**EGLET PRINCE**
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
(702) 450-5400; Fax: (702) 450-5451
eservice@egletlaw.com

Kevin R. Boyle
(*Nevada pro hac pending*)
California Bar No. 192718
Rahul Ravipudi
Nevada Bar No. 14750
**PANISH SHEA & BOYLE LLP**
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 560-5520; Fax: (702) 975-2515
boyle@psblaw.com

*Attorneys for Plaintiffs*

JAMES J. PISANELLI, SBN 4027
JJP@pisanellibice.com
TODD L. BICE, SBN 4534
TLB@pisanellibice.com
DEBRA L. SPINELLI, SBN 9695
DLS@pisanellibice.com
**PISANELLI BICE PLLC**
400 South 7th Street
Las Vegas, NV 89101
(702) 214-2100

BRAD D. BRIAN
*Pro hac vice*
MICHAEL R. DOYEN
*Pro hac vice*
DANIEL B. LEVIN
*Pro hac vice forthcoming*
BETHANY W. KRISTOVICH
*Pro hac vice*
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100; Fax: (213) 687-3702

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RACHEL SHEPPARD, *et al.*, | Case No. 2:18-cv-01120-RFB-VCF |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING STAY PENDING MEDIATION** |
| vs. | |
| MANDALAY BAY, LLC, f/k/a MANDALAY CORP., *et al.*, | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER RE STAY PENDING MEDIATION**

WHEREAS Plaintiffs and Defendants dispute whether Defendants are liable for injuries sustained by Plaintiffs at the Route 91 Harvest Festival;

WHEREAS related actions regarding Defendants' potential liability arising from the Route 91 Harvest Festival are pending in this and other jurisdictions;

WHEREAS counsel for the parties in this action and the related actions have met and conferred, and currently are planning and scheduling a mediation; and

WHEREAS the parties believe that a stay of all pending litigation would facilitate mediation and make resolution more likely;

WHEREAS the parties are concurrently stipulating to stay this action and related actions, including but not limited to *Maggiore v. MGM*, No. 2:18-cv-5640 (C.D. Cal.); *Pereda v. MGM*, No. 2-18-cv-5570 (C.D. Cal.); *Ramirez v. MGM*, No. 2-18-cv-5564 (C.D. Cal.), and the declaratory relief actions filed by Defendants, *MGM v. Aase*, No. 2:18-cv-06113 (C.D. Cal.); *MGM v. Abner*, No. 2:18-cv-06197 (C.D. Cal.); *MGM v. Corbin*, No. 3:18-cv-00168 (D. Alaska); *MGM v. Booth*, No. 2:18-cv-02250 (D. Ariz.); *MGM v. Acosta*, No. 2:18-cv-01288 (D. Nev.); *MGM v. Eardley*, No. 2:18-cv-00567 (D. Utah); *MGM v. Brasfield*, No. 1:18-cv-22883 (S.D. Fla.); *MGM v. Archembeault*, No. 4:18-cv-02465 (S.D. Tex.); *MGM v. Socci*, No. 1:18-cv-06451 (S.D.N.Y.);

IT IS HEREBY STIPULATED AND AGREED THAT:

1. All proceedings in this action shall be stayed pending mediation;

2. This stay is conditioned upon the entry of this order and a similar stay order, dismissal, or other resolution in each of the matters identified above within 30 days;

3. The parties shall report to the Court on the status of the mediation within 60 days of entry of the stay in this action, and then every 60 days thereafter;

4. Any party may revoke its agreement to stay this action by providing the other parties and the Court 15 days' written notice; and

5. If either the conditions of the stay are not satisfied, or any party revokes its agreement to stay this action, the PMK deposition noticed by Plaintiffs of MGM's and CSC's PMK's shall occur within 14 days after either the expiration of the 30-day period described in Paragraph 2 or revocation of this agreement becomes effective.

**STIPULATION AND [PROPOSED] ORDER REG STAY PENDING MEDIATION**

| | | |
|---|---|---|
| 1 | DATED: October 25, 2018 | **ROBINSON CALCAGNIE, INC.** |
| 2 | | |
| 3 | | _/s/ Mark P. Robinson, Jr._ |
| 4 | | Mark P. Robinson, Jr.<br>Daniel S. Robinson |
| 5 | DATED: October 25, 2018 | **ELGET PRINCE** |
| 6 | | |
| 7 | | _/s/ Robert T. Eglet._ |
| 8 | | Robert T. Eglet<br>Richard K. Hy<br>Robert M. Adams |
| 9 | | |
| 10 | DATED: October 25, 2018 | **PANISH SHEA & BOYLE LLP** |
| 11 | | |
| 12 | | _/s/ Kevin R. Boyle_ |
| 13 | | Kevin R. Boyle<br>Rahul Rayipudi |
| 14 | | *Counsel for Plaintiffs* |
| 15 | | |
| 16 | DATED: October 25, 2018 | **PISANELLI BICE PLLC** |
| 17 | | |
| 18 | | _/s/ James J. Pisanelli._ |
| 19 | | James J. Pisanelli<br>Todd L. Bice |
| 20 | | Debra L. Spinelli |
| 21 | DATED: October 25, 2018 | **MUNBER TOLLES & OLSON LLP** |
| 22 | | |
| 23 | | _/s/ Bethany W. Kristovich._<br>Brad D. Brian |
| 24 | | Michael R. Doyen<br>Daniel B. Levin |
| 25 | | Bethany W. Kristovich |
| 26 | | *Attorneys for MGM Resorts International, Mandalay Bay, LLC, Mandalay Resort Group,* |
| 27 | | *MGM Resorts Festival Grounds, LLC, MGM Resorts Venue Management, LLC* |
| 28 | | |

-2-
**STIPULATION AND [PROPOSED] ORDER RE STAY PENDING MEDIATION**

**IT IS SO ORDERED:**

DATED: October 26, 2018

_____
RICHARD F. BOULWARE, II
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2018, I caused to be electronically filed the foregoing via the Court's Electronic Case Filing (ECF) system. I understand that notification of this filing will be sent to all counsel of record in this matter who are on the Court's CM/ECF service list.

*/s/ Bethany W. Kristovich.*
Bethany W. Kristovich