1  JAMES J. PISANELLI, State Bar No. 4027
   JJP@pisanellibice.com
2  TODD L. BICE, State Bar No. 4534
   TLB@pisanellibice.com
3  DEBRA L. SPINELLI, State Bar No. 9695
   DLS@pisanellibice.com
4  PISANELLI BICE PLLC
5  400 South 7th Street
   Las Vegas, NV 89101
6  (702) 214-2100

7  BRAD D. BRIAN
8  *Pro hac vice admitted*
   MICHAEL R. DOYEN
9  *Pro hac vice admitted*
   DANIEL B. LEVIN
10 *Pro hac vice forthcoming*
   BETHANY W. KRISTOVICH
11 *Pro hac vice admitted*
12 MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
13 Los Angeles, CA 90071-3426
   (213) 683-9100
14 brad.brian@mto.com

15 *Attorneys for Defendants MGM Resorts International,*
16 *Mandalay Bay, LLC, Mandalay Resort Group,*
   *MGM Resorts Festival Grounds, LLC, and*
17 *MGM Resorts Venue Management, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RACHEL SHEPPARD, *et al.*, | No. 2:18-cv-01120-RFB-VCF |
| Plaintiffs, | |
| vs. | **DEFENDANTS' UNOPPOSED MOTION TO STAY AND/OR EXTEND TIME TO RESPOND TO ORDER ON MOTION TO REDACT AND SEAL [ECF NO. 87]** |
| MANDALAY BAY, LLC, f/k/a MANDALAY CORP., *et al.*, | |
| Defendants. | |

1

Defendants MGM Resorts International, Mandalay Bay, LLC, Mandalay Resort Group, MGM Resorts Festival Grounds, LLC, and MGM Resorts Venue Management, LLC (collectively "MGM") hereby move pursuant to Fed. R. Civ. P. 6(b) for an order staying and/or extending the time to respond to the Court's Order on MGM's Motion to Redact and Seal [ECF No. 87] (the "Sealing Order") as good cause exists to extend the time for MGM to file a renewed motion to redact given the current stay of this action. MGM has advised Plaintiffs' counsel of this Motion and Plaintiffs' counsel has indicated they do not oppose the requested relief.

On October 26, 2018, Plaintiffs and MGM entered into a Stipulation and [Proposed] Order Regarding Stay Pending Mediation [ECF NO. 81] (the "Stipulation to Stay") seeking to stay all proceedings in this action pending a mediation between the parties. (*See* ECF No. 81, p. 2.) The Court granted the stipulation that same day. (*Id*., p. 4.) At this time, no party has sought to revoke the stay.

On November 28, 2018, the Court issued the Sealing Order, denying, without prejudice, MGM's request to redact the M.G. and A.P. declarations filed in support of their Supplemental Brief in Support of Opposition to Plaintiffs' Motion to Remand. (*See* ECF No. 87, pp. 3-4.) Additionally, the Court temporarily suspended the unsealing of the M.G. and A.P. declarations to provide MGM with the opportunity to renew its motion to redact. *(Id.)* The new deadline set by this Court's Sealing Order is December 14, 2018. (*Id.*)

As set forth in the Stipulation to Stay [ECF No. 81], the parties are moving forward with a mediation and seek to avoid the time and expense of further proceedings, pending the resolution of such a mediation. As such, good cause exists to stay and/or extend the time for MGM to comply with the Sealing Order [ECF No. 87]. As such, MGM requests that the deadline to file any renewed motion to redact be extended to fourteen (14) days after the stay in this action is

//
//
//
//
//

1  lifted. Additionally, in order to properly effectuate the requested relief, MGM seeks to have the
2  M.G. and A.P. declarations remain sealed pending further order of this Court.
3  DATED this 10th day of December 2018.

4  PISANELLI BICE PLLC

6  By: */s/James J. Pisanelli*
   JAMES J. PISANELLI, Bar No. 4027
7  TODD L. BICE, Bar No. 4534
   DEBRA L. SPINELLI, Bar No. 9695
   400 South 7th Street
8  Las Vegas, NV 89101

9  BRAD D. BRIAN
   *Pro hac vice admitted*
10 MICHAEL R. DOYEN
   *Pro hac vice admitted*
11 DANIEL B. LEVIN
   *Pro hac vice forthcoming*
12 BETHANY W. KRISTOVICH
   *Pro hac vice admitted*
13 MUNGER, TOLLES & OLSON LLP
14 350 South Grand Avenue, 50th Floor
   Los Angeles, CA 90071-3426

16 *Attorneys for Defendants MGM Resorts International, Mandalay Bay, LLC, Mandalay Resort Group, MGM Resorts Festival Grounds, LLC, and MGM Resorts Venue Management, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on this 10th day of December, 2018, I caused to be e-filed/e-served through the Court's website true and correct copies of the above and foregoing **DEFENDANTS' UNOPPOSED MOTION TO STAY AND/OR EXTEND TIME TO RESPOND TO ORDER ON MOTION TO REDACT AND SEAL [ECF NO. 87]** to all parties in accordance with the CM/ECF service list.

*/s/ Christi Colucci*
An employee of Pisanelli Bice PLLC