Mark P. Robinson, Jr.
*Pro hac vice*
Daniel S. Robinson
*Pro hac vice*
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax (949) 720-1292
mrobinson@robinsonfirm.com

Richard K. Hy
Nevada Bar No. 12406
Robert T. Eglet
Nevada Bar No. 3402
Robert M. Adams
Nevada Bar No. 6551
**EGLET ADAMS**
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
(702) 450-5400; Fax: (702) 450-5451
eservice@egletlaw.com

Kevin R. Boyle
*Pro hac vice*
Rahul Ravipudi
Nevada Bar No. 14750
**PANISH SHEA & BOYLE LLP**
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 560-5520; Fax: (702) 975-2515
boyle@psblaw.com

*Attorneys for Plaintiffs*

JAMES J. PISANELLI, SBN 4027
JJP@pisanellibice.com
TODD L. BICE, SBN 4534
TLB@pisanellibice.com
DEBRA L. SPINELLI, SBN 9695
DLS@pisanellibice.com
**PISANELLI BICE PLLC**
400 South 7th Street
Las Vegas, NV 89101
(702) 214-2100

BRAD D. BRIAN
*Pro hac vice*
MICHAEL R. DOYEN
*Pro hac vice*
BETHANY W. KRISTOVICH
*Pro hac vice*
JOHN M. GILDERSLEEVE
*Pro hac vice*
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100; Fax: (213) 687-3702

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL SHEPPARD, *et al*., | Case No. 2:18-cv-01120-RFB-VCF |
| Plaintiffs, | **REPORT ON MEDIATION** |
| vs. | |
| MANDALAY BAY, LLC, f/k/a MANDALAY CORP., *et al*., | |
| Defendants. | |

The parties respectfully advise the Court that mediation efforts are ongoing. The parties have held numerous days of mediation to date and are engaged in continuing discussions. The parties plan to report back as to the status of the mediation efforts by October 15, 2019, and that consecutive reports will continue to be submitted every 60 days from that date.

DATED: August 15, 2019     **ROBINSON CALCAGNIE, INC.**

*/s/ Daniel S. Robinson*
Mark P. Robinson, Jr.
Daniel S. Robinson

DATED: August 15, 2019     **ELGET ADAMS**

*/s/ Robert T. Eglet*
Robert T. Eglet
Richard K. Hy
Robert M. Adams

DATED: August 15, 2019     **PANISH SHEA & BOYLE LLP**

*/s/ Kevin R. Boyle*
Kevin R. Boyle
Rahul Rayipudi

*Counsel for Plaintiffs*

DATED: August 15, 2019     **PISANELLI BICE PLLC**

*/s/ James J. Pisanelli*
James J. Pisanelli
Todd L. Bice
Debra L. Spinelli

-1-
**REPORT ON MEDIATION**

1  DATED: August 15, 2019	**MUNGER TOLLES & OLSON LLP**

3	<u>/s/ Bethany W. Kristovich</u>
	Brad D. Brian
4	Michael R. Doyen
	Bethany W. Kristovich
5	John M. Gildersleeve

6	*Attorneys for MGM Resorts International, Mandalay Bay, LLC, Mandalay Resort Group, MGM Resorts Festival Grounds, LLC, MGM Resorts Venue Management, LLC*

**REPORT ON MEDIATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2019, I caused to be electronically filed the foregoing via the Court's Electronic Case Filing (ECF) system. I understand that notification of this filing will be sent to all counsel of record in this matter who are on the Court's CM/ECF service list.

*/s/ Bethany W. Kristovich*
Bethany W. Kristovich