| | |
|---|---|
| Mark P. Robinson, Jr. | James J. Pisanelli, SBN 4027 |
| *Pro hac vice* | JJP@pisanellibice.com |
| Daniel S. Robinson | Todd L. Bice, SBN 4534 |
| *Pro hac vice* | TLB@pisanellibice.com |
| **ROBINSON CALCAGNIE, INC.** | Debra L. Spinelli, SBN 9695 |
| 19 Corporate Plaza Drive | DLS@pisanellibice.com |
| Newport Beach, CA 92660 | **PISANELLI BICE PLLC** |
| (949) 720-1288; Fax (949) 720-1292 | 400 South 7th Street |
| mrobinson@robinsonfirm.com | Las Vegas, NV 89101 |
| | (702) 214-2100 |
| Robert T. Eglet | |
| Nevada Bar No. 3402 | Brad D. Brian |
| Robert M. Adams | *Pro hac vice* |
| Nevada Bar No. 6551 | Michael R. Doyen |
| Richard K. Hy | *Pro hac vice* |
| Nevada Bar No. 12406 | Bethany W. Kristovich |
| **EGLET ADAMS** | *Pro hac vice* |
| 400 S. Seventh St., Suite 400 | John M. Gildersleeve |
| Las Vegas, NV 89101 | *Pro hac vice* |
| (702) 450-5400; Fax: (702) 450-5451 | **MUNGER, TOLLES & OLSON LLP** |
| eservice@egletlaw.com | 350 South Grand Avenue, 50th Floor |
| | Los Angeles, CA 90071 |
| Kevin R. Boyle | (213) 683-9100; Fax: (213) 687-3702 |
| *Pro hac vice* | |
| Rahul Ravipudi | *Attorneys for Defendants* |
| Nevada Bar No. 14750 | |
| **PANISH SHEA & BOYLE LLP** | |
| 8816 Spanish Ridge Ave. | |
| Las Vegas, NV 89148 | |
| (702) 560-5520; Fax: (702) 975-2515 | |
| boyle@psblaw.com | |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL SHEPPARD, *et al.*, | CASE NO.: 2:18-cv-01120-RFB-VCF |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER REMANDING MATTER TO THE EIGHTH JUDICIAL DISTRICT COURT** |
| MANDALAY BAY, LLC, f/k/a MANDALAY CORP., *et al.*; | |
| Defendants. | |

- 1 -

**STIPULATION AND ORDER**

WHEREAS Plaintiffs' and Defendants' continued mediation efforts have been successful;

WHEREAS Plaintiffs and Defendants have reached a settlement agreement;

WHEREAS consistent with the parties' settlement agreement, the parties stipulate to remand this action to the Eighth Judicial District Court, Clark County, Nevada, to facilitate and advance the settlement process; and

WHEREAS in accordance with the settlement agreement, this stipulation to remand is without prejudice to Defendants' position regarding federal court jurisdiction, and shall not be relied upon or used in any way to oppose federal court jurisdiction in any proceeding or action;

IT IS HEREBY STIPULATED AND AGREED THAT:

1. This action be remanded to the Eighth Judicial District Court, Clark County, Nevada; and
2. This case (2:18-cv-01120-RFB-VCF) should be closed.

DATED: October 8, 2019　　　　　　　　**ROBINSON CALCAGNIE, INC.**

　　　　　　　　　　　　　　　　　　　*/s/ Daniel S. Robinson*
　　　　　　　　　　　　　　　　　　　Mark P. Robinson, Jr.
　　　　　　　　　　　　　　　　　　　Daniel S. Robinson

DATED: October 8, 2019　　　　　　　　**EGLET ADAMS**

　　　　　　　　　　　　　　　　　　　*/s/ Robert T. Eglet*
　　　　　　　　　　　　　　　　　　　Robert T. Eglet
　　　　　　　　　　　　　　　　　　　Robert M. Adams
　　　　　　　　　　　　　　　　　　　Richard K. Hy

DATED: October 8, 2019　　　　　　　　**PANISH SHEA & BOYLE LLP**

　　　　　　　　　　　　　　　　　　　*/s/ Kevin R. Boyle*
　　　　　　　　　　　　　　　　　　　Kevin R. Boyle
　　　　　　　　　　　　　　　　　　　Rahul Ravipudi

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

DATED: October 8, 2019            **MUNGER TOLLES & OLSON LLP**

*/s/ Bethany W. Kristovich*
Brad D. Brian
Michael R. Doyen
Bethany W. Kristovich
John M. Gildersleeve

**PISANELLI BICE PLLC**
James J. Pisanelli
Todd L. Bice
Debra L. Spinelli

*Attorneys for MGM Resorts International, Mandalay Bay, LLC, Mandalay Resort Group, MGM Resorts Festival Grounds, LLC, MGM Resorts Venue Management, LLC*

**IT IS SO ORDERED, THAT:**

1. This action shall be remanded to the Eighth Judicial District Court, Clark County, Nevada; and

2. This case (2:18-cv-01120-RFB-VCF) be closed.

DATED: October 9, 2019.                       
Honorable Richard F. Boulware, II
United States District Judge

- 3 -

**STIPULATION AND ORDER**

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October 2019, I caused to be electronically filed the foregoing **STIPULATION AND ORDER REMANDING MATTER TO THE EIGHTH JUDICIAL DISTRICT COURT** via the Court's Electronic Case Filing (CM/ECF) system. I understand that notification of this filing will be sent to all counsel of record in this matter who are on the Court's CM/ECF service list.

          */s/ Crystal Garcia*
          Employee of EGLET ADAMS